CHIEF JUSTICE TURNAGE
specially concurring:
I concur with the result the majority has reached in this case but not for all of the reasons stated.
I concur in the result because James Wheeler dismissed his statutory appeal to the Valley County Superintendent of Schools and, therefore, he had but one remaining remedy available under the terms of the collective bargaining agreement in his suit to compel arbitration of his filed grievance. The majority opinion discussion of election of remedies is not now appropriate because of the dismissal of the statutory appeal.
The district judge’s reliance in part upon the fact of such dismissal is appropriate and should be the basis for the decision of the majority in this case.
JUSTICES GRAY AND WEBER concur in the special concurring opinion of CHIEF JUSTICE TURNAGE.